# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**HEATHER GRISSOM**                                                                     **PLAINTIFF**

**VS.**                              **CASE NO. 3:10CV00062 HDY**

**MICHAEL ASTRUE, Commissioner,**
    **Social Security Administration**                                         **DEFENDANT**

## ORDER

The plaintiff's motion for extension of time (docket entry no. 11) is granted, and the plaintiff is directed to submit her brief on or before August 9, 2010.

IT IS SO ORDERED this __6__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE